# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0402
_____

ESTEBAN SOSA,

Appellant,

v.

RICKY D. DIXON,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

April 8, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Esteban Sosa, pro se, Appellant.

Ashley Moody, Attorney General, and Sheron Wells, Assistant Attorney General, Tallahassee, for Appellee.